UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60001-CIV-DIMITROULEAS

COMMODITY FUTURE TRADING
COMMISSION,

    Plaintiff,

vs.

DOREEN ROSE VALKO, FRANK A.
DESANTIS, a.k.a. JOSH ANTHONY, and
INTERNATIONAL INVESTMENTS
HOLDING CORP.,

    Defendants.

vs.

JASON TODD DEAN, TARA LYNN DEAN,
JOSEPH VALKO, JEFFREY PAUL JEDLICKI,
TIRTZA JEDLICKI, THOMAS W. YOOS, JR.,
ERIN R. DESANTIS, a.k.a. ERIN ROSE VALKO,
ERV & ASSOCIATES, INC., JOE VALKO
ENTERPRISES, INC., BOOT CAMP DIET &
FITNESS, INC., AMERICAN LIGHTHOUSE
TRADING, INC., CERTIFIED FINANCIAL
SERVICES, INC., JOHN TADDEO
ENTERPRISES, INC., JASON'S ROOFING
AND WATERPROOFING, INC.

    Relief Defendants.
_____/

## **FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court upon the Judgment entered against Defendants

Anthony DeSantis III and Doreen Rose Valko.

    It is hereby **ORDERED AND ADJUDGED** as follows:

    1) The above-styled action is hereby **DISMISSED**.

    2) The Clerk shall **DENY** any pending motions as **MOOT**.

3) The Clerk shall **CLOSE** this case.

4) The Calendar Call scheduled for September 19, 2008 at 10:00 a.m. is hereby

**CANCELLED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 8th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record